**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTO INDUSTRIES SUPPLIER EMPLOYEE STOCK OWNERSHIP PLAN (ESOP), | No. C-05-80158 - MISC (MJJ) |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| SNAPP SYSTEMS, INC., | |
| Defendant. | |
| _____ | |
| SNAPP SYSTEMS, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| FORD MOTOR COMPANY, SUSAN E. KOBET, DIANE SENDEK MARCHESE, CARMEN ZIRLES, and JEFFREY D. COLLINS, | |
| Third-Party Defendants. | |
| _____/ | |

Before the Court is Third-Party Defendants Ford Motor Company, Susan E. Kobet, Diane Sendek Marchese, Carmen Zirles, and Jeffrey D. Collins' motion to compel non-party Bhagwan P. Thacker to comply with a subpoena for documents issued in connection with the above-captioned

case currently pending in the Eastern District of Michigan (Case No. 03-74357). Mr. Thacker filed an opposition to the motion on July 22, 2005; Third-Party Defendants filed a reply the same day. The Court has determined that oral argument on Third-Party Defendants' motion is necessary and shall be held on Tuesday, July 26, 2005, at 9:30 am in Courtroom 11.

**IT IS SO ORDERED.**

Dated: July 22, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE