E-filing

```
PETER A. BINKOW #173848
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email:       pbinkow@glancylaw.com
```

**FILED**

JUL 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Attorney for Bhagwan P. Thacker*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTO INDUSTRIES SUPPLIER EMPLOYEE STOCK OWNERSHIP PLAN (ESOP), <br><br> Plaintiff <br><br> vs. <br><br> SNAPP SYSTEMS, Inc., <br><br> Defendant, | Case No. 05-MC-80158 MJJ <br><br> USDC E.D. Mich. Case No. 03-74357 <br><br> Hon. Martin J. Jenkins <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR BHAGWAN P. THACKER TO FILE HIS RESPONSE TO MOTION TO COMPEL |
| SNAPP SYSTEMS, Inc. a Delaware Corporation, <br><br> Defendant/Third Party Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, SUSAN E. KOBET, individually, DIANE SENDEK MARCHESE, individually, CARMEN ZIRLES, individually, JEFFREY D. COLLINS, individually, <br><br> Third Party Defendants. | Date:  N/A |

The parties, by their attorneys of record, have conferred and submit the following report and stipulation to the Court:

WHEREAS, Third-Party Defendants Ford Motor Company, Susan E. Kobet, Diane Sendek Marchese, Carmen Zirles, and Jeffrey D. Collins ("Third-Party Defendants") filed their

1 | Motion to Compel Documents from Bhagwan P. Thacker ("Motion to Compel") on July 8, 2005;

2 | WHEREAS, in accordance with this Court's local rules, counsel for Bhagwan Thacker
3 | prepared to file his opposition to the Motion to Compel on July 22, 2005;

4 | WHEREAS, on July 18, 2005, the Court entered an Order directing Mr. Thacker to file
5 | his response to the Motion to Compel by July 20, 2005 at 5 p.m.;

6 | WHEREAS, Mr. Thacker was not served with the Court's July 18, 2005 Order and was
7 | not aware of this deadline until July 21, 2005;

8 | WHEREAS, Mr. Thacker has requested, and Defendants agree, that Mr. Thacker should
9 | have until July 22, 2005 to file his opposition to the Motion to Compel;

11 | NOW THEREFORE, it is hereby stipulated as follows:

13 | Bhagwan P. Thacker shall be granted up to and until July 22, 2005 at 5 p.m. to file his
14 | opposition to Third-Party Defendants Motion to Compel.

17 | Dated: July 21, 2005

GLANCY BINKOW & GOLDBERG LLP

By: _____
Peter A. Binkow

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: pbinkow@glancylaw.com

*Attorneys for Bhagwan P. Thacker*

MILLER SHEA, P.C.
E. Powell Miller (P39487)
Miller Shea Building
950 West University Drive, Suite 300
Rochester, MI 48703
tel: (248) 841-2200,
fax: (888) 502-0159
epm@millershea.com

28 | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR BHAGWAN P. THACKER TO FILE HIS RESPONSE TO MOTION TO COMPEL

2

07/21/2005 16:08 FAX 213 975 1740   BAKER & HOSTETLER                                      ☒002/002
Case 3:05-mc-80158-MJJ   Document 5   Filed 07/21/2005   Page 3 of 3
FROM                                                                 (THU) 7.21' 05 15:35/ST. 15:35/NO. 4860130715 P 4

|   |   |
|---|---|
| 1 |   |
| 2 | JEFFREY D. STAMPER, PLLC<br>Jeffrey D. Stamper, Esq.<br>9300 Shelbyville Rd., Suite 402A<br>Louisville, KY 40222<br>tel: (502) 515-3343<br>fax: (502) 326-4327<br>kyattys@aol.com |

*Of Counsel for Bhagwan P. Thacker*

Dated: July 21, 2005

BAKER & HOSTETLER LLP

By: _____
      Andre Y. Bates

333 S. Grand Ave., Ste 1800
Los Angeles, CA 90071-1523
tel: (213) 975-1600
fax: (213) 975-1740
abates@bakerlaw.com

*Attorneys for Third-Party Defendants Ford,*
*  Kohet, Marchese, Zirles, & Collins*

DICKINSON WRIGHT, PLLC
Kenneth J. Mcintyre (P17450)
L. Pahl Zinn (P57516)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
tel: (313) 223-3575
fax: (313) 223-3598
kmcintyre@dickinsonwright.com

*Of Counsel for Third-Party Defendants Ford,*
*  Kohet, Marchese, Zirles, & Collins*

## ORDER

IT IS SO ORDERED.

Dated: 7/22, 2005

_____
Honorable Martin J. Jenkins
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR BHAGWAN P. THACKER TO FILE HIS RESPONSE TO MOTION TO COMPEL.

3