IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTO INDUSTRIES SUPPLIER EMPLOYEE STOCK OWNERSHIP PLAN (ESOP),<br><br>    Plaintiff,<br><br>    v.<br><br>SNAPP SYSTEMS, INC.,<br><br>    Defendant.<br>_____<br><br>SNAPP SYSTEMS, INC.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, SUSAN E. KOBET, DIANE SENDEK MARCHESE, CARMEN ZIRLES, and JEFFREY D. COLLINS,<br><br>    Third-Party Defendants.<br>_____/ | No. C-05-80158 - MISC (MJJ)<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

    Pending before the Court is Third Party Defendants' Motion Re: OSC Contempt of Bhagwan Thacker (Doc. #21). Mr. Thacker has filed an Opposition (Doc. #22 ), wherein he contends he has already produced and/or requested certain tax documents that are the subject of the Motion. Specifically, Exhibit 2 to his Opposition consists of two letters from the IRS responding to requests for

1 copies of specific tax returns.  Mr. Thacker submits these letters as evidence that he has requested tax
2 returns from the IRS in accordance with the Court's July 28, 2005 Order.  However, because Mr.
3 Thacker has redacted information from these letters, the Court is unable to ascertain whether these
4 letters in fact refer to Mr. Thacker's requests or tax returns.  In fact, neither one of the letters contains
5 any information identifying whose tax returns were requested.

6 Additionally, in his Response, Mr. Thacker indicates that he has re-submitted his request to the
7 IRS for his 1997 tax returns.  However, Mr. Thacker has not proffered any documentary proof of such
8 request.

9 Accordingly, the Court directs Mr. Thacker to file unredacted copies of Exhibit 2 for the Court's
10 review.  Mr. Thacker shall filed the unredacted copies <u>under seal</u> pursuant to Local Rule 3-17(d).
11 Additionally, the Court directs Mr. Thacker to file proof that he re-submitted his request to the IRS for
12 his 1997 tax returns.  Ms. Thacker shall file these documents by <u>5:00 p.m., on March 3, 2006</u>.

**IT IS SO ORDERED.**

Dated: March 1, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2